# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA
### (HON. ROGER T. BENITEZ)

FILED
2006 OCT 26 AM 8:45
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 05CR2118BEN |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| MICHAEL RUIZ MONTOYA, | ) | |
| Defendants. | ) | |
| | ) | |

**IT IS HEREBY ORDERED** after appropriate inquiry and good cause being shown that the sentencing hearing in the above-captioned case be continued from October 23, 2006 at 9:00 AM to **November 14, 2006** at **2:00 PM**.

SO ORDERED.

Dated: 10/25/06

HONORABLE ROGER T. BENITEZ
United States District Court Judge